# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CRETEST THEODORE LLOYD III,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) **CIVIL ACTION NO.** |
| v. | ) **2:19-cv-01312-AKK**<br>) |
| **LAKEVIEW LOAN SERVICING LLC, M&T BANK, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MOVEMENT MORTGAGE LLC,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | |

## CORPORATE DISCLOSURE STATEMENT OF LAKEVIEW LOAN SERVICING, LLC

This Corporate Disclosure Statement is filed by Defendant Lakeview Loan Servicing, LLC in compliance with Federal Rule of Civil Procedure 7.1.

Lakeview Loan Servicing, LLC was formed under the laws of the State of Delaware. Lakeview's sole member is Bayview MSR Opportunity Corp. ("Bayview MSR"), which is Lakeview's only parent company. Neither Bayview MSR nor Lakeview Loan Servicing, LLC are publicly held companies.

Respectfully submitted this the 19th day of August, 2019.

*s/ Rachel R. Friedman*
Matthew T. Mitchell (MIT050)
Rachel R. Friedman (FRI045)

34083602 v1

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
mmitchel@burr.com
rfriedman@burr.com


Attorneys for Defendants
LAKEVIEW LOAN SERVICING, LLC,
M&T BANK,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., &
MOVEMENT MORTGAGE LLC

# **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served on the following by CM/ECF Notice of Electronic Filing on this the 19th day of August, 2019:

Kenneth James Lay
Hood & Lay, LLC
1117 22nd Street South
Birmingham, AL 35205

            *s/ Rachel R. Friedman*
            OF COUNSEL